IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANCISCO SANTOS<br><br>  Plaintiff,<br><br>v.<br><br>AUGUSTUS, LLC, et al.<br><br>  Defendants. | Case No. 1:21-cv-02479-SMT |

**STIPULATION OF DISMISSAL**

Pursuant to Fed R. Civ. P. 41, the parties hereby stipulate to the dismissal of this action with prejudice, Plaintiff to bear his own costs and attorney's fees.

April 22, 2022                                                                Respectfully submitted,

**COBURN & GREENBAUM, PLLC**                **DCWageLaw**

By: /s/ Jonathan W. Greenbaum                    By: /s/ Justin Zelikovitz
JONATHAN W. GREENBAUM, # 412408      JUSTIN ZELIKOVITZ, #986001
1710 Rhode Island Avenue NW, 2nd Floor      519 H Street NW
Washington, DC 20036                                    Washington, DC 20001
Phone: (202) 657-5006                                    Phone: (202) 803-6083
Fax: (866) 561-9712                                         Fax: (202) 683-6102
jg@coburngreenbaum.com                              justin@dcwagelaw.com

*Counsel for Defendants*                                *Counsel for Plaintiff*